FILED

05/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0368

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

STEVEN WAYNE KEEFE,

      Defendant and Appellant.

---

**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

---

In light of Defendant/Appellant's unopposed motion and affidavit in

support, the Court hereby extends time to file his brief until May 29, 2020.

Proposed Order 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 5 2020